IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DARRYL BROADY
ADC #161128                                                                    PLAINTIFF

v.                              No. 4:22-cv-789-DPM

DEXTER PAYNE, Director, ADC;
SOLOMON GRAVES, Secretary, ADC;
and G. LAY, Warden, EARU, ADC                                  DEFENDANTS

ORDER

This case is related to a proposed class action challenging the Arkansas Department of Corrections's interpretation of ARK. CODE ANN. § 16-93-609. *See Davis v. Arkansas Department of Corrections*, Case No. 4:22-cv-1140-DPM. The Court will coordinate this case with *Davis*. Future filed cases presenting similar challenges to the ADC's changed application of the statute will also be coordinated with *Davis*.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

19 January 2023