IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DARRYL BROADY**  **PLAINTIFF**
ADC #161128

v.   No. 4:22-cv-789-DPM

**DEXTER PAYNE, Director,**
**ADC; SOLOMON GRAVES,**
**Secretary, ADC; G. LAY,**
**Warden, EARU, ADC**   **DEFENDANTS**

## JUDGMENT

Broady's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

21 November 2023